UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARISTA RECORDS LLC, et al.,

                Plaintiffs,

       -against-

FURIA SONIDERA, INC., et al.,

                Defendants.
-----------------------------------------------------------x

                      ORDER
                      05 CV 5906 (ILG) (RER)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Reyes, dated February 23, 2007, recommended that judgment be entered against defendants jointly and severally, awarding plaintiff $500,000 in enhanced statutory damages, plus $12,385.17 in attorneys' fees for a total judgment of $512,385.17; and that objections, if any, must be filed and served within ten business days, and that failure to do so may waive his right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $500,000 in damages plus $12,385.17 in attorneys' fees for a total judgment of $512,385.17.

Plaintiff is directed to serve copies of this Order upon defendants by certified mail, return receipt at their last known address and to file proof of service with the Court.

      SO ORDERED.

Dated:      Brooklyn, New York
            March 22, 2007

                             S/
                            I. Leo Glasser